# EXHIBIT A

## Cash Back Mortgage Fraud Convictions 2008-2011

| DEFENDANT (last name, first name) | CR # | NUMBER OF PROPERTIES | LOSS AMOUNT[1] | ROLE | | CRIMINAL HISTORY CATEGORY | 5K1.1 DEPARTURE (Yes or No) | Plea Agreement (Yes or No) | SENTENCE |
|---|---|---|---|---|---|---|---|---|---|
| Sharpe, Lutrell | CR-07-00544-PHX-ROS | 6 | Stipulated $400,000 to $1,000,000 | Investor/Leader | | IV | No | Y | 88 months BOP |
| Bowens, Micah | CR-07-00544-PHX-ROS | 12 | $920,910.28 | Investor/Leader | | III | No | Y | 44 months BOP |
| Sellers, Jennifer | CR-07-00544-PHX-ROS | 19 | $1,753,346.49 | Real Estate Agent | | I | No | Y | 24 months BOP |
| Dozzell, Marcus | CR-07-00544-PHX-ROS | 12 | $2,526,385.39 | Investor | | I | No | Y | 44 months BOP |
| Love, Alonzo | CR-07-00544-PHX-ROS | 3 | $354,782.22 | Investor | | III | No | Y | 14 months BOP |
| Bernadel, Mario | CR-08-00256-PHX-SMM | 19 | $9,440,914.00 | Investor/Leader | | II | No | N (trial) | 200 months BOP |
| Lucero, April | CR-08-00256-PHX-SMM | 21 | $7,043,640.00 | Loan Officer/Leader | | I | Yes | Y | 24 months BOP |
| Adorno, Amanda | CR-08-00256-PHX-SMM | 37 | Stipulated $1,000,000 to $2,500,000 | Loan Officer | | I | Yes (testified) | Y | 5 yrs supervised release |
| Bartlemus, Christopher | CR-08-00256-PHX-SMM | 37 | $8,769,914.00 | Escrow Officer | | I | Yes (testified) | Y | 1 month BOP |
| Branch, Marcos | CR-08-00256-PHX-SMM | 4 | $1,820,000.00 | Loan Officer | | I | Yes (testified) | Y | 5 yrs supervised release |
| Parrish, Brittany | CR-08-00256-PHX-SMM | 4 | $829,500.00 | Loan Officer | | I | Yes | Y | 5 yrs supervised release |
| Guzman, Fabian | CR-08-00598-PHX-JAT | 4 | $997,000.00 | Loan Officer | | I | Yes | Y | 14 months BOP |
| Olson, Carl | CR-08-00598-PHX-JAT | 6 | $3,308,500.00 | Accountant | | II | Yes | Y | 5 yrs supervised release |
| Benjamin, Andrew | CR-08-00598-PHX-JAT | 3 | $794,100.00 | Loan Officer | | I | Yes | Y | 5 yrs supervised release |
| Pirwitz, Christopher | CR-08-00598-PHX-JAT | 3 | $1,244,000.00 | Loan Officer | | I | Yes | Y | 14 months BOP |
| Valdez, Ana | CR-08-00598-PHX-JAT | 2 | $906,500.00 | Straw Buyer | | I | No | Y | 14 months BOP |
| Crandell, Jeffrey | CR-08-00255-PHX-GMS | 12 | $1,648,359.00 | Loan Officer/Leader | | I | No | Y | 64 months BOP |
| Whitman, Jake | CR-08-00255-PHX-GMS | 10 | $2,193,272.00 | Loan Officer/Leader | | I | Yes | Y | 10 months BOP |
| Leastman, Erin | CR-08-00255-PHX-GMS | 19 | $3,292,101.00 | Escrow Officer | | I | Yes | Y | 5 yrs supervised release |
| Crum, Fred | CR-08-00255-PHX-GMS | 3 | $578,843.00 | Loan Officer | | I | Yes | Y | 4 months BOP |
| Babett, Gheorghe | CR-08-00612-PHX-NVW | 10 | $2,285,722.00 | Straw Buyer | | I | No | Y | 14 months BOP |
| Azadegan, Brandon | CR-08-00612-PHX-NVW | 4 | $1,189,350.00 | Investor | | III | Yes | Y | 18 months BOP |
| Swallows, Natasha | CR-08-00612-PHX-NVW | 6 | $3,670,000.00 | Real Estate Agent | | I | Yes | Y | 2 yrs probation |
| Dobos, Samuel | CR-08-00612-PHX-NVW | 25 | $6,659,540.00 | Investor | | III | Yes (testified) | Y | 27 months BOP |
| Dobos, Georgiana | CR-08-00612-PHX-NVW | 25 | $6,659,540.00 | Real Estate Agent | | I | Yes | Y | 27 months BOP |
| Zebarth, Catherine | CR-08-00612-PHX-NVW | 6 | $1,185,200.00 | Loan Officer | | I | Yes (testified) | Y | 2 yrs supervised release |
| Mejia, Christina | CR-08-00612-PHX-NVW | 6 | $3,485,668.00 | Escrow Officer | | I | Yes (testified) | Y | 2 yrs probation |
| Immiciuc, Dorel | CR-08-00612-PHX-NVW | 2 | $669,500.00 | Straw Buyer | | I | Yes (testified) | Y | 2 yrs probation |
| Fife, Roy | CR-08-00744-TUC-CKJ | 17 | $3,400,000.00 | Realtor | | II | Yes | Y | 30 months BOP |
| Nero, Chris | CR-08-00744-TUC-CKJ | 17 | $3,600,000.00 | Facilitator | | III | No | Y | 58 months BOP |
| Thompson, Dustin | CR-09-00386-PHX-ROS | 25 | $4,156,057.93 | Investor | | III | Yes | Y | 27 months BOP |
| Rotaru, Doru | CR-09-01171-PHX-SRB | 3 | Stipulated $200,000 to $400,000 | Investor | | II | Yes | Y | 18 months BOP |
| Ashek, Talal | CR-11-0975-PHX-NVW | 2 | $1,000,000 | Construction Co. Owner | | I | No | Y | 21 months BOP |
| Huguet, Jaco | CR-10-01413-TUC-FRZ | 9 | $1,300,000 | Loan Officer | | I | Yes | Y | 24 months BOP |
| Monroy, Rigoberto | CR-10-01413-TUC-FRZ | 8 | $1,200,000 | Asst. Loan Officer | | I | No | Y | 18 months BOP |
| Dorin Ilioi | CR10-0705-PHX-GMS | 7 | Stipulated between $1 million to 2.5 million | Investor | | I | No | Yes | 16 months BOP |
| Sawyer, Derek | CR-10-01413-TUC-FRZ | 1 | $58,300 | Asst. Loan Officer | | IV | No | Y | 18 months BOP |

[1] The loss amounts in CR-07-00544-PHX-ROS include losses associated with vehicle purchases. The portions related to vehicle purchases are: Sharpe ($342,578.61), Bowens ($123,536.81), Sellers ($94,688.95), M. Dozzell ($367,741.97), and Love ($52,245.58)